United States Courts
Southern District of Texas
FILED

*September 12, 2025*

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **Criminal No.** |
| **v.** | § | |
| | § | **4:25-cr-476** |
| **JOSHUA TORREZ,** | § | |
| | § | |
| **Defendant.** | | |

## INFORMATION

The United States Attorney for the Southern District of Texas charges:

### COUNT ONE
### Theft of Government Property Greater than $1,000
### (18 U.S.C. § 641)

1.       From in or around January 2018 and continuously through in and October 2024,

within the Southern District of Texas,

### JOSHUA TORREZ,

defendant herein, did steal, purloin, and knowingly convert to his own use and the use of others,

money of the United States of a value greater than $1,000, namely, monthly Social Security

Disability Insurance (SSDI) benefits, without accurately reporting his income and concealing

said income from the Social Security Administration ("SSA"). From January 2018 to October

2024, Defendant earned between $31,334.44 to $60,069.95 a year, but reported no income to the

SSA. As a result, Defendant collected $139,542.30 in fraudulent SSDI benefits, and therefore did

steal, purloin, and knowingly convert to his own use or the use of others money of the United

States greater than $1,000, which funds defendant was not entitled to.

All in violation of Title 18, United States Code, Section 641.

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*Kathryn Olson*

KATHRYN OLSON
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Tel.: (713) 567-9146
E-mail: Kathryn.Olson@usdoj.gov